Second Department, May, 1958

(May 1, 1958)

■ Tillie Gromis et al., Respondents, v. Samuel Freeman, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

(May 5, 1958)

■ In the Matter of Edward Breskin, Appellant, against Robert C. Weaver, as State Rent Administrator, et al., Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of Audrey Lewis, Appellant, against Edward Lewis, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ The People of the State of New York, Respondent, v. Jerome Arthur Lowry, Appellant.— Motion by the attorney for appellant for the permission of this court to his withdrawal as such attorney on the pending appeal. Motion denied. On this motion the court cannot assume to pass on the merits of the controversy between attorney and client. This denial, therefore, is without prejudice to such independent action as the attorney may see fit to take in the light of all the circumstances. He must assume the sole responsibility for the propriety of his actions in relation to his client. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■ Donato Ricci et al., Appellants, v. Hans Baader et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ Standard Tank Cleaning Corporation, Respondent, v. Universal Tank Cleaning Corporation, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.